IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONNETTE KINGSTON,

    Plaintiff,

v.                                                                        3:08cv227-WS

DIANE INGRAM,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed August 6, 2008.  The magistrate judge recommends that the case be dismissed for failure to prosecute.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. This case is hereby summarily DISMISSED without prejudice for failure to prosecute.

3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   2nd   day of    September   , 2008.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE